IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40450
Summary Calendar

_____

JOHN JULIAN DAYSE,

Plaintiff-Appellant,

versus

JOHN E. STICE et al.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-626
- - - - - - - - - -
August 14, 1996

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

John Julian Dayse, #498384, appeals the dismissal of his civil rights complaint pursuant to 28 U.S.C. § 1915(d), the relevant portion of which has been redesignated as § 1915(e)(2)(B)(i) by § 804 of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). Dayse contends that the defendants violated his Eighth Amendment rights by failing to protect him from mentally unstable inmates who are allowed to

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

roam freely in general population and allowed access to razor blades.  We have reviewed the record and Dayse's brief and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court.  <u>Dayse v. Stiles</u>, No. 6:95-CV-626 (E.D. Tx. April 15, 1996).